IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT CARPENTER,** | : | **CIVIL ACTION NO. 1:18-CV-2155** |
| Plaintiff | : | **(Chief Judge Conner)** |
| v. | : | |
| **YORK AREA UNITED FIRE AND RESCUE,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 17th day of April, 2020, upon consideration of defendant's pending motion (Doc. 27) for summary judgment, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 27) for summary judgment is GRANTED in its entirety.

2. The Clerk of Court shall enter judgment in defendant's favor and against plaintiff Robert Carpenter on all claims.

3. Defendant's pending motions (Docs. 33, 35, 37) *in limine* are DISMISSED as moot.

4. The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania